**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kathy Giannone et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> Dixie Dew Products Inc., <br><br> Defendant(s). | Case No. 17 C 3937 <br> Judge Amy J. St. Eve |

## ORDER

IT IS THEREBY ORDERED that all issues are consolidated for all purposes under 17 C 1756. The above entitled case is hereby dismissed. All pleadings are to be filed in case 17 C 1756. All pending parties and counsel in the associated case, 17 C 3937, are to be linked to the lead case number, 17 C 1756. Civil case terminated.

Date: 7/25/2017

Amy J. St. Eve
United States District Judge